```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


COTTMAN TRANSMISSIONS              :    CIVIL ACTION
SYSTEMS, LLC., ET AL.              :
                                   :
         v.                        :
                                   :
DAVID FAULKNER, ET AL.             :    NO. 02-4376
```

## **O R D E R**

AND NOW, this 3rd day of July, 2002, it is Ordered that a telephone conference is scheduled for **July 8, 2002 at 4:15 p.m.**, with the Honorable Eduardo C. Robreno.

Plaintiff's counsel shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

```
    ATTEST:                     or    BY THE COURT


    BY:_____      _____
       Deputy Clerk                          Judge
```

C.V. 12 (4/99)

faxed to: David J. Antczak, Esq.
          William B. Jameson, Esq.