```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


COTTMAN TRANSMISSION SYSTEMS,  :    CIVIL ACTION
LLC, et al.,                   :    NO. 02-4376
                               :
      Plaintiffs,              :
                               :
      v.                       :
                               :
DAVID FAULKNER, et al.,        :
                               :
      Defendants.              :
```

ORDER

**AND NOW**, this **15th** day of **July, 2002**, it is hereby **ORDERED** that a hearing on plaintiffs' Motion for Preliminary Injunction is **SCHEDULED** for **Monday, August 5, 2002** at **4:00 p.m.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**AND IT IS SO ORDERED.**

---

**EDUARDO C. ROBRENO,        J.**