IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COTTMAN TRANSMISSION SYSTEMS, :   CIVIL ACTION
LLC, et al.,                 :   NO. 02-4376
                          :
     Plaintiffs,        :
                          :
     v.                 :
                          :
DAVID FAULKNER, et al.,    :
                          :
     Defendants.        :

ORDER

**AND NOW**, this **6th** day of **August, 2002**, it is hereby

**ORDERED** that a hearing on plaintiffs' Motion for Default Judgment

(doc. no. 10) and Motion for Preliminary Injunction against

Defendants to Enforce Non-Competition Agreement (doc. no. 11) is

**SCHEDULED** for **Monday, August 19, 2002** at **9:00 a.m.** in Courtroom

3A, United States Courthouse, 601 Market Street, Philadelphia, PA

19106.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO,**      **J.**